UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:15CR00504 |
| v. ) | |
| ) | Judge Charles P. Kocoras |
| DONALD WILLIAMS ) | |

## MOTION TO ADMIT DEFENDANT TO BAIL

The Defendant, Donald Williams, by his attorney, Michael Levinsohn, moves the Court to set bail. In support the Defendant states:

1. Mr. Williams had been monitored by pretrial services since July 29, 2015. Part of that time he was on home incarceration.

2. Mr. Williams had followed all of the requirements and has not violated any of the terms of his release. On October 11, 2016, the Court revoked his bail and took Mr. Williams into custody.

3. Mr. Williams asks the Court to allow the husband of his step-sister, Mr. Rashea Smith, post property to secure his release.

4. Mr. Smith is willing to post 606 Hickory Street, Chicago Heights, a vacant house valued at $126,611.00.

Wherefore the Defendant is asking the Court to admit Mr. Williams to bail and order his release upon the posting of 606 Hickory Street.

Respectfully submitted,

s/ Michael J. Levinsohn
Michael J. Levinsohn
Attorney for the Defendant
734 N. Wells St.
Chicago, IL 60654
(312) 919-0200