

**15-cr-504-1**

**FILED**

NOV 3 0 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: THE HONARABLE JUDGE KONKORAUS

FROM DONALD WILLIAMS

I AM SORRY TO BOTHER YOU YOUR HONOR BUTT I AM HOPING YOU CAN HELP ME WITH This problem I COME TO YOU because I'm Seeking A NEW BOND NOT A REINSTATEMENT OF MY OID BOND EVEN I DID NOTHING YOUR HONOR TO GET MY BOND REVOKED If YOU Could check MATHESON OR MARKHAM COURT HOUSE ON 10-04 OR 10-05 OF 2016 I WAS Never ARRESTED OF DOMESTIC ABUSE I WAS ARRESTED FOR OBSTRUCT ID AND DISORDER I WAS BOTH TIMES ARRESTED AT MY HOME 208 GRAFTON PL MATHESON Illinois which is MY AUNTS HOME MY FIANCE Joyce Thomas Kept calling my PRETRIAL Officer TRYING TO GET ME IN SOME TYPE OF TROUBLE Because WE WERE NOT Seeing EYE TO EYE She is MY CUSTODIAN So She felt power Struck WE WAS going through A break up AT THE TIME AND FOUND OUT I WAS having ANOTHER Child So She WAS A SCORN FEMALE THAT HAD A EMOTIONAL BREAK DOWN She EVEN CAME TO COURT AND SAID She WAS GING. I BROKE MY HAND ON JULY 26, 2016 AND WAS TREATED AT NORTH WESTERN Hospital AND LATER HAD A CAST ON MY HAND So I NEVER WAS A DOMESTIC Violence YOUR HONOR I HAVE A piece OF property MY FAMILY is willing TO PUT UP AND ANOTHER CUSTODIAN THAT Will OVER SEE ME CAUSE I BEEN ON BOND SINCE 7/28/16 AND NEVER Violated YOUR HONOR MY GRANDAD HAS PASSED AWAY JUST IN A MONTH TIME OF ME BEING INCARCERATED YOUR HONOR

I'm Asking you TO HAVE leanecy
ON ME AND GIVE ME A SECOND CHANCE
I HAVE A NEW BORN BABY ON THE WAY
AND I would LIKE TO SEE MY SON
AT THE TIME OF HIS BIRTH BUT NOT
ONLY THAT your HONOR I HAVE Helped
The government OUT TREMENDOUSLY with
MORE THAN 20 plus ARREST AND Helped
capture A Fugitive All I'm ASKING your
HONOR TO GIVE ME A SECOND CHANCE
I DIDN'T DO ANYThing TO DESERVE This
BUT Helped THE GOVERNMENT with 20 plus
ARREST AND It MADE THE NEWS PAPER
I'm just ASKING you TO HAVE SYMPATHY
ON ME your HONOR IF SOMEONE
Could lie ON ME AND GET ME
PUNISHED ITS NOT FAIR TO ME WHAT
I BEEN Doing ENDANGERED MY FAMILY
WORKING With THE GOVERNMENT I DON'T
HAVE NO TRUTH IN ME BUT EVERYthing
I'm Telling THE government AND GRAND jury
is THE TRUTH your HONOR I'm begging
you TO GIVE ME A SECOND CHANCE
Enough is Enough WAS your LAST Words
TO ME I HAD Enough I just WANT
TO GET BACK With MY KIDS your
HONOR THANK you FOR your TIME

AND Attention Respectfully Submitted,

Donald Miller

DONALD WILLIAMS 46767-424
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN STREET
Chicago IL 60605

2016 NOV 30 PM 2:15
DC

S. SUBURBAN IL 604
28 NOV 2016 PM 3 L

INDIANA
1816
USA FOREVER

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
COURT ROOM 2504

60604$1800 C005



11/30/2016-21