CASE NO: 15CR504-001
Judge CHARLES P. KOCORAS

FILED
FEB 06 2017 EMG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Your HONOR I'm writing you ON MY BEHALF TO let you know LIKE IN THE previous letter It been 2 months since my LAST court DATE ON 12-13-16 NOW MY NEW court DATE is ON 2-14-17 MY LAWYERS HAVE NOT CAME DOWN HERE TO KANKAKEE JAIL TO VISIT ME ON MY PLEA DEAL AND I TOLD YOU IN the previous letter MY Attornies DIDNT COME SEE ME DOWN TOWN AT THE MCC SO I KNEW They wouldn't come DOWN TO KANKAKEE I DON'T KNOW WHY I got MOVED IN THE FIRST PLACE I spoke with THE MARSHAll AND HE TOLD ME THE AUSA TOLD Him TO MOVE ME For MY SAFETY But I'M NOT worried About MY SAFETY I WAS In the MCC For 2 months while the guy that I got Indicted THE Fugitive ARRAGON CONTRARASS WAS Right up stairs when I got this guy caught in July of 2016 I WAS Not Notified the government had caught this fugitive until About 2 WEEks later thats how I violated my first PRETRIAL I was getting threats on me And my FAMILY lifes thats why MS. THOMAS my wife was upset with me because the government never spoke To ME About WITNESS protection AND I got Some Major Cartel MEMBERS Indicted AND MY Attornies still have not set me A

Date to see my Majestay Judge and last time in court you said you was going to peat this matter in front of the Majestay Judge and it never happen my attornies telling me that the AUSA and Government can take the deal off the table if I seek bond but I know if I violate while I'm on bond it can affect my plea deal but how can it if I'm trying to get on bond I have another issue when I was at the MCC the nurse took a ex-ray of my legs which was broke some years back and seen that I had plates and screws in my knees and that one of the screws was out of socket and I might need surgery soon it is no medical help down here in Kankakee so can I get back to MCC please thank you your Honor I'm just trying to see my new born son Dorn before I go away thats why I'm trying to get back out on bond so could you please give me a date with my Majestay Judge Thank you



Donald Williams C/54389
Jerome Combs Detention Center
3050 S Justice Way
Kankakee, IL 60901

Office of
Clerk of the U.S. District Court
United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

RECEIVED
FEB 06 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

02/06/2017-76

60604-180099

This Correspondence is from
a detainee from:
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL 60901



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013