FILED
MAR 06 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DOCKET NO: 15CR504-001

TO JUDGE FINNEGAN MAJASTRY Judge

Mrs. Finnegan I'm writing you on my behalf three months ago Judge Kocoras said I could go before you for a bond hearing I been incarcerated since 10-11-16 on a violation which I haven't violated I have paper work to show that the charges against me wasn't accurate I been on bond for 18 months and I would never violate my bond this late into the case the A.U.S.A told my lawyers not to get me back in front of you for a bond in July 29, 2015 you gave me a 20,000 unsecured bond now I'm trying to put up a piece of property to insure my bond that I will not violate me and my wife Joyce Thomas have not been seeing eye to eye once she found out I was working with the Government she figured that our family life was in danger about a Mexican Cartel and the DEA Agents and Government didn't take our safety in consideration and only wanted more information my wife feared for her life and we wasn't seeing eye to eye with me working with the Government

So alot of days she didnt come home or wanted me to be with our child Im trying to get back out so I can spend some time with my son and family before I go off to prision for a extent of time the Judge Rogers told me 12-14-16 that I could go before you for a Bond Hearing and It been 3 months I havent had no Results and the A.U.S.A told me out of his mouth he want me locked up because I might not be a good witness for the Government but I dont no if Im going to continue to work with the Government Im indecisive right now but I want to spend this time Im out with my son and family so I can atleast get my fair rights to a Bond Hearing Thank you Judge Finnegan

And Im still willing to work with A.U.S.A and the Government to knock off some of my time the free fall work

Donald Williams 454/389
Jerome Combs Detention Center
3050 S. Justice Way
Kankakee, IL 60901

2017 MAR -6 PM 2:11 EW

CLERK
US DISTRICT COURT


03/06/2017-40

Office of
Clerk of the U.S District Court
United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

60604-180099

All Correspondence is from
a Detainee from:
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL 60901



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013