FILED
JUN 19 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DATE JUNE 8, 2020

TO THE HONORABLE JUDGE
JOHN Z. LEE
CASE NO. 1:15-CR-00504

IM writting you IN THE MATTER OF A COMPASIONATE RELEASE I BEEN IN PRISON 4 YEARS AND NEUER BEEN IN ANY TROBULE I HAVE MEDICAL ISSUES WITH MY HEALTH MY BREATHING I HAD SURGERY AND MY LUNGS I HAD BLOOD CLOTS AND I DONT WANT TO DIE IN JAIL I HAVE 5 KIDS THAT NEED THERE DAD I HAVE DIABETES AND THESE ARE THE MEDICATION IM TAKING

METFORMIN HCI 1000 Mg TWICE A DAY FOR CONTROL OF MY DIABETES
ATORVASTAIN 40 Mg ONCE A DAY FOR CONTROL OF CHOLESTEROL
Lisinopril 20 Mg ONCE A DAY TO CONTROL BLOOD PRESSURE
HYDRO CHLOROTHIAZIDE 25 Mg ONCE A DAY TO CONTROL BLOOD PRESSURE

I WANT YOU TO LOOK INTO THIS MATTER JUDGE THANK YOU

Donald Williams
NAME
46767424
REG. NO.
FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160



06/19/2020-4

60604-189420

2020 JUN 19 PM 12:06

Hon. Judge Lee
United States District Court House
District Court Clerk
219 South Dearborn St. 20th Floor
Chicago, IL 60604