CASE NO: 1:15-CR-00504

HON: JOHN Z. LEE

I'm writting this court on my behalf that I need a court appointed lawyer a federal defender I'm trying to file a motion on compassionate release and I have no money for legal fees so I'm asking you judge Lee to appoint a lawyer to me on my behalf thank you so could the courts contact me and let me know did you appoint a court attorney or federal defender thank-you.

FILED

OCT 15 2020 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DONALD WILLIAMS
NAME
16767424
REG. NO.

FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160

10/15/2020-16

METROPLEX MI 480

29 SEP 2020 PM 3 L



2020 OCT 15 AM 10:53

xxHON: JOHN Z. LEE
UNITED STATES DISTRICT courthouse
DISTRICT COURT CLERK
219 SOUTH DEARBORN ST. 20th FLOOR
CHICAGO, IL 60604