My case num 15-CR 00504    11/24/20
Judge Lee
To the Clerk of the court I'm
contacting you because I don't know how to
go about getting a court appointed lawyer
my paid attorneys withdrew from my case
because I didn't have any money to
pay for my legal fees Bedi & Singer was
my lawyers so I sent a motion in last
month in October but I didn't know
that they havent withdrew at the
time I'm trying to file for a compassionate
release I know it was denied in August
but I also know you can re file
so could you please help me obtain
a lawyer from the courts Thank you

**FILED**

DEC 01 2020 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DONALD WILLIAMS
NAME
46767424
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

2020 DEC -1 PM 4:10

METROPLEX MI 480

24 NOV 2020 PM 5 L



OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN ST. 20th FLOOR
Chicago, IL 60604

12/01/2020-9

60604-189420