UNITED STATES OF AMERICA                    Judge LEE

V

**FILED**

DONALD WILLIAMS

DEC 28 2020 SM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I'M ASKING TO AMEND
This LETTER with THE LAST ONE

My Ability to lose Weight DEMONSTRATED
A RESEARCH link between COVID-19 severity
AND RADiculopAThy My obesity is likely to presist
within the BOP, which increase my Risk for severe
illness AND hospitalization from COVID-19.

Therefore I ASK THE COURT TO CONSIDER
my obesity, high blood pressure, circulatory issues,
and chronic radiculopathy in determing that my
medical issues has presented "extraordinary
and compelling reasons" warranting a sentence reduction

In sum I'M in a situation that I suffers from a
number of serious physical and medical conditions that
substantially diminsh my ability To provide my self
care within the enviorment of a correctional facility
and from which I'M not expected to recover.

I'm generalized issues which my circulatory
AND high Blood pressure are my concern.
Having cardiovascular, such as hypertension or
stroke, might cause increase my risk of severe
illness from COVID-19. Research has shown
that COVID-19 can wreak havoc on an individuals
heart and cardiovascular system. For example, a study
in the Journal of the American MEDICAL Association
found that of 100 people who recovered from
COVID-19, 78% had heart Abnormalities and 60%
had heart Inflammation.

I'm ALREADY IN A WEAKENED circulatory/
Cardiovascular state, the Impact of a COVID-19
infection could be more severe.

My health is deteriorating my legs ARE getting
weak my bones I walk with a cane and need
surgery urgent the facility ARE Not taking care
of my needs I supposed to had surgery
July 6, 2020 on my right leg broken screws
AND I Attached Medical Records

MY HEALTH or SAFETY DO NOT
MATTER For THE GOVERNMENT I Toll
THE Previous Judge THAT iN December
of 2016 I WAS ON E UNIT iN THE
KANKAKEE JAIL THAT I HAD A Seperate T
ON STEVEN MINDOZA Then went back
To court with him in 2017 December
Then July of 2019 I WAS ON A COURT
UNiT bACK TO THE MCC AND WENT TO Court
with Another person I HAD A seperate T ON
ANThony HERMOSillo AND RODE THE ELEVATOR
AND BUS Then I WAS SENT BACK TO OXFORD
A MEDIUM Security facility I WAS bent up
up To Two Times AND TAKEN Items from Me
When The government SAiD They would put in
a receving housing UNiT AT OXFORD BUT fail
To DO SO I TolD Them WOOD unit where
No GANG Activity DONT happen Then I will
hAVE To COME BACK oN A COURT WRiT I
Think if I would be free I would be
SAFe.


Thank you

# FEDERAL PRISONERS GRANTED COMPASSIONATE RELEASE
## DESPITE COMPLETING LESS THAN 20% OF SENTENCE

| Defendant | Percent served | LEXIS# | Court | Notes |
|---|---|---|---|---|
| Jackson | 16% | 71601 | S.D.Tex. | 25/154 months |
| Delgado | 10% | 84469 | D.Conn. | 12/120 months |
| Ben-Yhwh | 17% | 65677 | D.Hawaii | |
| Duncan | 18% | 144753 | ? | 64/360 months |
| Echevarria | 19% | 77894 | D.Conn. | |
| Tate | 18% | 118600 | C.D.Ill. | 31/168 months |
| Chopra | 11% | 134018 | S.D.Fla. | |
| Plank | 11% | 116291 | D.Kan. | 15/144 months |
| Fowler | 12% | 100181 | N.D.Cal. | |
| Little | 12% | 142524 | S.D.Ind. | 19/168 mos |
| Smith | 12% | 134596 | W.D.Wash. | |
| Gonzalez | 12% | 56422 | E.D.Wash. | |
| Quintanilla | 16% | 170908 | N.D.Ind. | 37/240 months |

Bondrow    18/60    E.D Mich

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: WILLIAMS, DONALD | | | Reg #: 46767-424 |
| Date of Birth: 10/12/1981 | Sex: M | Race: BLACK | Facility: MIL |
| Encounter Date: 05/22/2020 10:11 | Provider: Udegbunam, Ukamaka M | | Unit: G04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT 1**    **Provider:** Udegbunam, Ukamaka M NP-C

   **Chief Complaint:** Other Problem
   **Subjective:** Patient presents to health services with c/o chronic bilateral thigh/knee pain and right ankle
      pain/swollen. Reports h/o bilateral knee cap injury from MVA s/p surgery with hardware
      replacement (rod) from bilateral thigh to knee 2009. Reports h/o screws and plate right ankle.
      States "I think the rod on right thigh popped out ", requesting an x- ray. Rates pain 6/10 and
      describes as intermittent achy pain. Reports that lying down makes pain worse. Denies any
      alleviating factors. Denies fever, chills, cough, N/V/D, chest pain, shortness of breath. Denies
      any other complaints at this time.

      Patient allergies reviewed and updates applied during this visit if indicated. See Chart:
      Allergies for most recent patient allergy list.
   **Pain:** Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/22/2020 | 10:19 MIL | 98.1 | 36.7 | Oral | Udegbunam, Ukamaka M NP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/22/2020 | 10:19 MIL | 100 | Via Machine | | Udegbunam, Ukamaka M NP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/22/2020 | 10:19 MIL | 18 | Udegbunam, Ukamaka M NP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/22/2020 | 10:19 MIL | 132/95 | Right Arm | Sitting | Adult-large | Udegbunam, Ukamaka M NP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/22/2020 | 10:19 MIL | 98 | Room Air | Udegbunam, Ukamaka M NP-C |

**Exam:**
   **General**
      **Affect**
         Yes: Pleasant, Cooperative
      **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
         No: Appears Distressed
   **Pulmonary**
      **Thorax**
         Yes: Within Normal Limits

# Bureau of Prisons
## Health Services
### Medical Duty Status

| | |
|---|---|
| Reg #: 46767-424 | Inmate Name: WILLIAMS, DONALD |

**Housing Status**

___ confined to the living quarters except ___ meals ___ pill line ___ treatments    Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only    Exp. Date: _____

X cell: ___ cell on first floor ___ single cell X lower bunk ___ airborne infection isolation   Exp. Date: 02/24/2021

___ other: _____    Exp. Date _____

**Physical Limitation/Restriction**

___ all sports    Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body    Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball    Exp. Date: _____
     ___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Cane | 05/26/2020 | 08/26/2020 | |
| Compression garment - leg | 05/22/2020 | | |
| Alternate Institutional Shoes | 02/24/2020 | | |
|    may buy from commissary | | | |

**Work Restriction / Limitation:**

Cleared for Food Service: Yes _____

X No Restrictions

**Comments:** care level #2

| | |
|---|---|
| Udegbunam, Ukamaka M NP-C | 05/26/2020 |
| Health Services Staff | Date |

Inmate Name: WILLIAMS, DONALD    Reg #: 46767-424    Quarters: G04

*ALL EXPIRATION DATES ARE AT 24:00*



Right: Normal bone mineralization. No acute fracture, dislocation or malalignment. Old, healed distal fibular diaphysis fracture with plate and screw fixation from the distal fibula down to the lateral malleolus. There are 2 trans-syndesmotic screws that are broken and mildly displaced. The other orthopedic screws and the plate remain intact. There is also an old, healed medial malleolus fracture with 2 retrograde orthopedic screws without loosening or failure. There is partial osseous fusion seen across the syndesmosis. No suspicious lytic or sclerotic bone lesion. The soft tissues appear unremarkable.

Left: Normal bone mineralization. No acute fracture, dislocation or malalignment. No suspicious lytic or sclerotic bone lesion. Soft tissues appear unremarkable.

IMPRESSION:
1. Old, healed right distal fibular diaphysis fracture with plate and screw fixation from the distal fibula down to the lateral malleolus. There are 2 trans-syndesmotic screws that are broken and mildly displaced with partial osseous fusion seen across the syndesmosis. The other orthopedic screws and the orthopedic plate remain intact without hardware failure or loosening.
2. Old, healed right medial malleolus fracture with intact orthopedic screws. No evidence of hardware complication.
3. Normal alignment of the right tibia/fibula without acute fracture.
4. Normal radiographic appearance of the left tibia/fibula. No acute bony abnormalities.


Exam: FILM BILATERAL ANKLES

HISTORY: Bilateral ankle pain

TECHNIQUE: AP, mortise and lateral views of each ankle

COMPARISON: None

FINDINGS:
Right: Normal bone mineralization. No acute fracture, dislocation or malalignment. Old, healed distal fibular diaphysis fracture with plate and screw fixation from the distal fibula down to the lateral malleolus. There are 2 trans-syndesmotic screws that are broken and mildly displaced. There is partial osseous fusion seen across the syndesmosis. The other orthopedic screws and the fibular plate remain intact. There is also an old, healed medial malleolus fracture with 2 retrograde orthopedic screws without loosening or failure. The ankle mortise joint space is maintained. No osteochondral fracture or defect. Soft tissues appear unremarkable. 5 mm Achilles tendon enthesophyte.

Left: Normal bone mineralization. No acute fracture, dislocation or malalignment. The ankle mortise joint space is maintained. No osteochondral fracture or defect. Soft tissues appear unremarkable. 5 mm Achilles tendon enthesophyte.


IMPRESSION:
1. Old, healed right distal fibular diaphysis fracture with plate and screw fixation from the distal fibula down to the lateral malleolus. There are 2 trans-syndesmotic screws that are broken and mildly displaced with partial osseous fusion seen across the syndesmosis. The other orthopedic screws and the orthopedic plate remain intact without hardware failure or loosening.
2. Old, healed right medial malleolus fracture with intact orthopedic screws. No evidence of hardware complication.
3. Unremarkable appearance of the right ankle mortise joint. No evidence for osteochondral fracture or defect.
4. Normal radiographic examination of the left ankle. No acute bony or joint space abnormality.
5. 5 mm bilateral Achilles tendon enthesophytes.


Radiologist:                    Justin Yoon, MD

Study ready at 09:32 and initial results transmitted at 10:37

| Inmate Name: | WILLIAMS, DONALD | Qtrs: | G04-118U | Reg #: | 46767-424 |
|---|---|---|---|---|---|
| Date of Birth: | 10/12/1981 | Sex: | M | Complex: | MIL |

| Exam | Process Status | Process Date | Results Date |
|---|---|---|---|
| General Radiology - Leg / Fibula & Tibia - 4 View AP/Lat/Obl [Bi] | | | |
| General Radiology - Ankle - 4 View AP/Lat/Obl [Right] | | | |
| General Radiology - Knee - 4 View Notch/Patella [Bi] | | | |

**Additional Information:** chronic bilateral thigh, knee and right ankle pain, has hardware placement

**Requestor:**

| | |
|---|---|
| Provider: | Udegbunam, Ukamaka M NP-C |
| Due Date: | 06/05/2020 00:00 |
| Priority: | Routine |
| Frequency: | One Time |

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DONALD | | | Reg #: | 46767-424 |
| Date of Birth: | 10/12/1981 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/26/2020 10:50 EST | | | Facility: | MIL |

Reviewed by Fateh Hyder, Syed Regional Medical Director/NCRO on 05/26/2020 13:01.

**Exam:**

    **Auscultation**

        Yes: Clear to Auscultation

    **Cardiovascular**

        **Observation**

            Yes: Within Normal Limits

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

        No: M/R/G

**Exam Comments**

  right ankle slightly swollen, pulses present, capillary refill < three seconds.

**ASSESSMENT:**

Osteoarthritis of knee, unspecified, M179 - Current

Pain in leg, unspecified, M79606 - Current - *bilateral thigh/knee, right ankle*

**PLAN:**

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Ankle-4 View AP/Lat/Obl [Right], General Radiology-Leg / Fibula & Tibia-4 View AP/Lat/Obl [Bi], General Radiology-Knee-4 View Notch/Patella [Bi] | One Time | | 06/05/2020 | Routine |

        **Specific reason(s) for request (Complaints and findings):**

           chronic bilateral thigh, knee and right ankle pain, has hardware placement

**Disposition:**

  Follow-up at Sick Call as Needed

  Return Immediately if Condition Worsens

  Return To Sick Call if Not Improved

**Other:**

  Chronic bilateral thigh/knee pain and right ankle pain/swollen: will get an x- ray to check for hardware placement. Compression sock given to decrease swollen on right ankle. Instructed to elevate bilateral legs. RTC if symptoms worsen or do not improve.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/22/2020 | Counseling | Diagnosis | Udegbunam, Ukamaka | Verbalizes Understanding |
| 05/22/2020 | Counseling | Plan of Care | Udegbunam, Ukamaka | Verbalizes Understanding |

**Copay Required:** No         **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Udegbunam, Ukamaka M NP-C on 05/22/2020 11:28

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DONALD | | | Reg #: | 46767-424 |
| Date of Birth: | 10/12/1981 | Sex: | M    Race:BLACK | Facility: | MIL |
| Note Date: | 06/02/2020 11:42 | Provider: | Udegbunam, Ukamaka M | Unit: | G04 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE    1**        **Provider:** Udegbunam, Ukamaka M NP-C

Need to place orthopedist consult offsite. X- ray result from 5/26 Right tibia/fibula showed that there are 2 trans-syndesmotic screws that are broken and mildly displaced with partial osseous fusion seen across the syndesmosis.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 07/02/2020 | 07/02/2020 | Urgent | No | |

**Subtype:**

Offsite Appt

**Reason for Request:**

38 year old AAM with h/o MVA s/p surgery with hardware placement (rod) from bilateral thigh to knee, screws and plates to right ankle with c/o bilateral thigh/knee/ankle  pain and right ankle swollen.  X- ray result from 5/26 Right tibia/fibula showed that there are 2 trans-syndesmotic screws that are broken and mildly displaced with partial osseous fusion seen across the syndesmosis. Please include x- ray results for an appointment. Evaluate and treat.

**Provisional Diagnosis:**

Chronic bilateral thigh/knee/ankle pain

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Udegbunam, Ukamaka M NP-C on 06/02/2020 12:00

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DONALD | | | Reg #: | 46767-424 |
| Date of Birth: | 10/12/1981 | Sex: | M    Race: BLACK | Facility: | MIL |
| Note Date: | 06/04/2020 14:17 | Provider: | Udegbunam, Ukamaka M | Unit: | G04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Udegbunam, Ukamaka M NP-C

    Patient was seen today at G unit regarding x- ray results. X- ray result from 5/26 Right tibia/fibula showed that there are 2 trans-syndesmotic screws that are broken and mildly displaced with partial osseous fusion seen across the syndesmosis. Orthopedist consult has been placed. All questions were answered. Will continue to monitor patient.


**Copay Required:** No       **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Udegbunam, Ukamaka M NP-C on 06/04/2020 14:20





Judge John Z. Lee
U.S. District Court
United States Court House
219 Dearborn St
Chicago, IL 60604

Donard Williams 48767421
Federal Correctional Institution
P.O. Box 1000
Milan, Michigan 48160

U.S. POSTAGE PAID
PM 2-DAY
MILAN, MI
48150
DEC 18, 20
AMOUNT
$0.00
R2305K135957-46
1006
60604

RECEIVED
2020 DEC 28 AM 9:3

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7020 1290 0001 6863 5930