CASE NO 1:15-cr-00504 UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA
　　　　　　　　　　PLAINTIFF,

V.　　　　　　　　　　　　　　　　CASE NO.: 1:15-cr-00504

DONALD WILLIAMS　　　　　　HONORABLE JOHN Z. LEE

APPEAL OF Compassionate Release

AS such, Defendant's motions for Reconsideration
ARE DENIED
　　Defendant's submissions do NOT present
Any information that The COURT DID NOT
Already Consider in its 8/11/20 Ruling.

　　THE Defendant Williams have been
diagnosed with ASTHMA AND use 3
ASTHMA pumps

　　　　THAT WAS NOT in The motion
Filed before he has 4 Health conditions
　　THAT The CDC Recognize
Diabetes, Obesity, Hypertension, AND ASTHMA

FILED
FEB -8 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DONALD WILLIAMS
NAME
46767 1/34
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
1 FEB 2021 PM 3 L

Office of
Clerk of the U.S. District Court
United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

60604-204611

02/08/2021-18