

2/3/21

To:     The Honorable Judge Lee          Re:     Support for
        United States Courthouse                 Donald Williams #46767-424
        219 S. Dearborn                          Milan FCI
        Chicago, IL. 60604                       P.O. Box 1000
                                                 Milan, MI. 48160

**FILED**

FEB 02 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Lee,

My name is Quan Williams and I am one of Donald's first cousins. Donald and I are the same age, and we were like twins growing up. His father and my mother were siblings. I say "were siblings" because his father passed away when Donald and I were young children.

According to the Brennan Center for Justice, "Prisons, jails, and other correctional authorities [should] make every effort to release unnecessarily incarcerated people and improve healthcare and conditions of confinement."

Donald's current release date is listed as 04/09/2025. However, it is my hope and prayer that you consider my cousin Donald for release as soon as possible.

Donald is a son, a nephew, a brother, a cousin, an uncle, and most importantly, Donald is a father.

Both of Donald's parents died prematurely and Donald and his younger brother were often left alone as children and had to find ways to provide for themselves. Fast-forward 35 years, Donald is incarcerated and his children are now figuring out ways to exist without their father in their everyday lives.

Donald, like all of us, has made mistakes. Donald has learned from the mistakes that landed him in prison. It breaks his heart that his sons suffer from his physical absence like he suffered growing up without his father. His desire to be a present father is what has motivated Donald to work hard to be prepared to healthily transition back into society. Few things are more meaningful than being an active parent. Donald knows this.

Summarily, Donald has my full support. As an Urban Planner and Public Policy professional, I am connected to colleagues and organizations who specialize in re-entry and will be able to provide those resources and connections to Donald upon his release.

Please consider Donald for early release.
Thank you for your consideration,

Aquantis "Quan" Williams, MUPP, MDiv
miss.quan.williams@gmail.com
(202) 631-8649